AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 8:21-MJ-00313 | Date and time warrant executed: 5/4/2021 1:45 PM | Copy of warrant and inventory left with: Nader Hariri |
| Inventory made in the presence of: SA Craig Oliphant | | |
| Inventory of the property taken and name of any person(s) seized: | | |

See attached Receipt for Property.
Note: The "One black Apple iPhone 11 with clear case" was seized from Nader Hariri's person, only one Receipt for Property was given.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/12/2021

Executing officer's signature

Andrew Krueger, Special Agent
Printed name and title

FD-597 (Rev. 4-13-2015)                                          Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: LA-3222877

On (date): 5/04/2021

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Nader Hariri
(Street Address) 27661 Manor Hill Road
(City) Laguna Niguel CA 92677

Description of Item(s): Two Chase Bank statements and tax documents; One Western Digital hard drive S/N WE72E8084KN8; Business cards; One black Apple iPhone with case; Two US passports and two Iranian passports; Investment papers; One Western Digital hard drive; One ID card with logo of Bank Pasargad; One black Apple iPhone 11 with clear case; Documents containing financial ~~informatsi~~ transactions and money exchanges; One blue notebook with bank account information and personal notes; Middle East Bank documents; One silver MacBook Pro laptop ID# BCG A2338 S/N FVFDQE70Q05F with charger; Power of Attorney document

Received By: _(Signature)_
Printed Name/Title: NADER HARIRI

Received From: _(Signature)_
Printed Name/Title: Craig Oliphant, Special Agent